IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | |
|---|---|
| ELORA HANS-PRICE, | NO. |
| Plaintiff, | |
| vs. | **PETITION AT LAW AND JURY DEMAND** |
| AERON LIFESTYLE TECHNOLOGY, INC. and PATRICK KOSAR | |
| Defendants. | |

Plaintiff states:

### I.　　INTRODUCTION

1.　　Plaintiff Elora Hans-Price brings this action seeking redress for the Defendants' violations of her rights under the Iowa Civil Rights Act (Iowa Code Chapter 216) (sometimes referred to herein as the "ICRA") and Title VII of the United States Civil Rights Act (42 U.S.C. section 2000e *et seq.*) ("Title VII") and for intentional infliction of emotional distress and wrongful discharge from employment. In this suit she requests legal and equitable remedies including money damages, back pay, front pay, attorney fees, costs and other appropriate relief.

### II.　　JURISDICTION AND VENUE

2.　　This court has jurisdiction of this case under the terms of the ICRA and Title VII and because the Plaintiff seeks damages in excess of this Court's jurisdictional minimum amount.

**EXHIBIT A**

3. Venue is proper in Jefferson County because the unlawful practices alleged herein occurred in that county and the principal offices of the Defendant Aeron Lifestyle Technology, Inc. ("Aeron") are located in that county.

### III. PARTIES

4. Plaintiff is an individual resident of the state of Iowa and a former employee of Aeron.

5. Defendant Aeron is a corporation organized under the laws of Iowa with its principal place of business located in Jefferson County, Iowa.

6. Defendant Patrick Kosar was at all material times the President and/or chief executive officer and a Director of Aeron.

### IV. FACTUAL BACKGROUND

7. From July 25, 2016 until April 9, 2021, Plaintiff was employed by Aeron.

8. Beginning in August 2016, Plaintiff was continuously subjected to ongoing and severe unlawful sexual harassment, sex discrimination, hostile work environment and intentional infliction of emotional distress by Defendants.

9. The sexual harassment and hostile work environment included, but was not limited to: (a) required shopping trips with Defendant Patrick Kosar so he could select, purchase and watch Plaintiff try on shoes; (b) Kosar telling Plaintiff what shoes she could purchase or not purchase based on whether they were sexually attractive to him; (c) Kosar referring to Plaintiff as a "dominatrix" because of how she looked to him in her boots; (d) Kosar frequently leering at Plaintiff at work, openly visually scanning her up and down, and commenting on her appearance in sexually offensive and intimidating ways; (e) mandatory "behavioral training" sessions in Kosar's office; and (f) frequent sexually inappropriate and unwanted "cuddling" by Kosar on his

EXHIBIT A

office couch. These and other inappropriate conduct and comments by Kosar created an ongoing and continuous sexually hostile work environment to which Plaintiff was subjected during the entire course of her employment.

10. During this time period, Plaintiff also became aware that other female employees of Aeron were and had been subjected to similar sexual harassment, discrimination, hostile work environment and unlawful treatment.

11. Plaintiff complained and reported to Aeron about the unlawful sexual harassment, discrimination, and hostile work environment but no adequate steps were taken to stop it. Instead, Plaintiff was subjected to retaliation for making those complaints and reports.

12. In June 2020, Plaintiff formally complained to Renee Ward, her Manager at Aeron, that Defendant Patrick Kosar had sexually harassed Plaintiff and others. On June 24, 2020, Ward informed Plaintiff that she had passed her complaint on to Aeron's company attorney, Paul Gandy.

13. In the June 2020, conversation and in subsequent communications, Plaintiff reiterated to Ward her extreme discomfort at working near Kosar and she requested a work environment, including a remote workplace, that would not require her to regularly be in Kosar's presence.

14. Also in June 2020, Plaintiff reported to Monica Hadley, Aeron's human resources manager, sexual harassment inflicted by Defendant Kosar against another female employee of Aeron.

15. In response to her June 2020, request that she not be required to work near Kosar, Plaintiff was initially allowed to work remotely from Creston, Iowa. However, in the ensuing months, Aeron systematically and punitively took away from Plaintiff important job

EXHIBIT A

responsibilities and began efforts to force Plaintiff to leave the company, all in retaliation for her complaints and reports of harassment and discrimination.

16. In further retaliation for her complaints and reports of harassment and discrimination, on January 19, 2021, Aeron asked Plaintiff to resign. Plaintiff refused to do so.

17. In April 2021, and in further retaliation for her complaints and reports of harassment and discrimination, Aeron reneged on its agreement to allow Plaintiff to work remotely and demanded that she return to in-person work at the company's offices in Fairfield, Iowa despite Aeron's knowledge that requiring her to work near Kosar would subject her to extreme distress from the ongoing sexually hostile work environment. After Plaintiff once again stated her extreme discomfort at being required to work in close proximity to Kosar, Plaintiff was fired, on April 9, 2021, in retaliation for her reports and complaints as described above.

18. On February 2, 2022, Plaintiff filed a complaint with the Iowa Civil Rights Commission ("ICRC"), which was in turn cross-filed with the United States Equal Employment Opportunity Commission ("EEOC").  This complaint reported the matters described above.

19. On June 23, 2022, at Plaintiff's request, the ICRC mailed to Plaintiff a Right-to-Sue letter, notifying her of her right to bring a civil suit based on these matters.

20. On September 7, 2022, at Plaintiff's request, the EEOC mailed to Plaintiff a Notice of Right to Sue, notifying he of her right to bring a civil suit based on these matters.

21. The conduct of Defendants was willful and wanton and in reckless disregard of Plaintiff's rights.

22. The Plaintiff has sustained and will continue to sustain injuries and damages as a result of the ongoing wrongful conduct, harassment, hostile work environment, retaliatory actions and intentional infliction of emotional distress to which she has been subjected.

EXHIBIT A

23. The Plaintiff is entitled to a monetary judgment in an amount exceeding this Court's jurisdictional minimum, attorney's fees and costs.

24. The Plaintiff is entitled to affirmative relief from the Court and seeks a Court order granting the Plaintiff such affirmative or equitable relief as the Court deems appropriate and equitable.

## V. LEGAL CLAIMS

### COUNT I
### VIOLATION OF IOWA CIVIL RIGHTS ACT

25. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 24 above.

26. Plaintiff's reports and complaints described above, including her reports and complaints of harassment, discrimination, and sexually hostile work environment, are protected activities under the provisions of Iowa Code Chapter 216.

27. Defendants' conduct as alleged above violates the provisions of the ICRA prohibiting discrimination and retaliation against persons who engage in activities protected by that statute.

28. As a proximate result of Defendants' wrongful acts and omissions, Plaintiff has sustained damages in an amount exceeding this Court's jurisdictional minimum.

29. Plaintiff is entitled to recover judgment in an amount fairly compensating her for her injuries and damages together with attorney's fees, expenses of litigation and court costs, and court orders granting affirmative relief rectifying the actions taken against her as well as any other affirmative or equitable relief the Court deems appropriate.

WHEREFORE, Plaintiff prays for judgment against the Defendants, jointly and severally, in an amount fully sufficient to compensate her for her injuries and damages, together

EXHIBIT A

with attorney's fees, expenses of litigation and court costs, as well as court orders granting affirmative relief rectifying the actions taken against and awarding any other or equitable relief the Court deems appropriate.

## COUNT II
## VIOLATION OF TITLE VII OF THE UNITED STATES CODE

30. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 29 above.

31. Plaintiff's reports and complaints described above, including her reports and complaints of harassment, discrimination and retaliation, are protected activities under the provisions of Title VII of the United States Civil Rights Act, 42 U.S.C. Section 2000e *et seq.*

32. Defendants' conduct as alleged above violates the provisions of Title VII prohibiting discrimination and retaliation against persons who engage in activities protected by that statute.

33. As a proximate result of Defendants' wrongful acts and omissions, Plaintiff has sustained damages in an amount exceeding this Court's jurisdictional minimum.

34. Plaintiff is entitled to recover judgment in an amount fairly compensating her for her injuries and damages together with attorney's fees, expenses of litigation and court costs, and court orders granting affirmative relief rectifying the retaliatory actions taken against her as well as any other affirmative or equitable relief the Court deems appropriate.

WHEREFORE, Plaintiff prays for judgment against the Defendants, jointly and severally, in an amount fully sufficient to compensate her for her injuries and damages, together with attorney's fees, expenses of litigation and court costs, as well as court orders granting affirmative relief rectifying the actions taken against and awarding any other or equitable relief the Court deems appropriate.

EXHIBIT A

## COUNT III
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

35. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 34 above.

36. The conduct of the Defendants is, was and has been outrageous.

37. Defendants intentionally caused severe emotional distress or acted with reckless disregard of the probability of causing severe emotional distress on the part of Plaintiff.

38. Plaintiff has suffered severe and extreme emotional distress as a proximate result of Defendants' outrageous conduct.

39. Plaintiff is entitled to damages in an amount exceeding this Court's jurisdictional minimum.

40. The conduct of Defendants was willful and wanton and in reckless disregard of Plaintiff's rights.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, jointly and severally, in an amount fully sufficient to compensate her for her damages, for punitive damages, and for costs of this action.

## COUNT V
## WRONGFUL DISCHARGE

41. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 40 above.

42. The Defendants wrongfully discharged Plaintiff from her employment.

## EXHIBIT A

43. Defendants' actions have been taken as reprisals for Plaintiff's reports of discrimination, harassment, retaliation and other misconduct and mismanagement and are in violation of public policy.

44. Plaintiff is entitled to damages in an amount exceeding this Court's jurisdictional minimum.

45. The conduct of Defendants was willful and wanton and in reckless disregard of Plaintiff's rights.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, jointly and severally, in an amount fully sufficient to compensate her for her damages, for punitive damages, and for costs of this action.

## JURY DEMAND

Plaintiff demands a jury trial of all issues triable to a jury.

/s/William W. Graham
William W. Graham    AT0002953
DUNCAN GREEN, P.C.
400 Locust Street, Suite 380
Des Moines, IA 50309
Telephone:  (515) 288-6440
Facsimile:  (515) 288-6448
wwgraham@duncangreenlaw.com
ATTORNEY FOR PLAINTIFF

**EXHIBIT A**

IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | | |
|---|---|---|
| ELORA HANS-PRICE, | ) | NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORIGINAL NOTICE** |
| AERON LIFESTYLE TECHNOLOGY, | ) | |
| INC. and PATRICK KOSAR | ) | |
| Defendants. | ) | |

**TO THE ABOVE-NAMED DEFENDANT:  Aeron Lifestyle Technology, Inc.**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff is William W. Graham of Duncan Green, P.C. whose address is 400 Locust Street, Suite 380, Des Moines, Iowa 50309. Plaintiff's attorney's telephone number is (515) 288-6440; facsimile is (515) 288-6448 and email address is:  wwgraham@duncangreenlaw.com.

You must serve a motion or answer within twenty days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Iowa District Court for Jefferson County, at the Courthouse in Fairfield, Iowa.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa court Rules Chapter 16, division VI.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (641) 684-6502.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.  Disability coordinators cannot provide legal advice.

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

EXHIBIT A

# Iowa Judicial Branch

Case No. **LALA004533**
County **Jefferson**

Case Title  HANS PRICE, ELORA VS AERON LIFESTYLE TECH ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 684-6502** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **09/21/2022 02:54:47 PM**



District Clerk of Court or/by Clerk's Designee of  Jefferson    County
/s/ **Vickie Thomas**

**EXHIBIT A**

IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | | |
|---|---|---|
| ELORA HANS-PRICE, | ) | NO. _____ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORIGINAL NOTICE** |
| AERON LIFESTYLE TECHNOLOGY, INC. and PATRICK KOSAR | ) | |
| Defendants. | ) | |

**TO THE ABOVE-NAMED DEFENDANT:  Patrick Kosar**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff is William W. Graham of Duncan Green, P.C. whose address is 400 Locust Street, Suite 380, Des Moines, Iowa 50309. Plaintiff's attorney's telephone number is (515) 288-6440; facsimile is (515) 288-6448 and email address is:  wwgraham@duncangreenlaw.com.

You must serve a motion or answer within twenty days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Iowa District Court for Jefferson County, at the Courthouse in Fairfield, Iowa.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa court Rules Chapter 16, division VI.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (641) 684-6502.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.  Disability coordinators cannot provide legal advice.

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

EXHIBIT A

| | | |
|---|---|---|
| **Iowa Judicial Branch** | Case No. | LALA004533 |
| | County | **Jefferson** |

*Case Title*   HANS PRICE, ELORA VS AERON LIFESTYLE TECH ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 684-6502** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **09/21/2022 02:54:47 PM**



*District Clerk of Court or/by Clerk's Designee of*  Jefferson     County
**/s/ Vickie Thomas**

**EXHIBIT A**

# RETURN OF SERVICE

## IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY.

| | | | |
|---|---|---|---|
| Case Name: | ELORA HANS-PRICE vs AERON LIFESTYLE TECHNOLOGY INC & PATRICK KOSAR | RETURN OF SERVICE: | Type of Service Code |
| Clerks Number: | 51LALA004533 | ☐ Personal | 1 |
| Agency Case Number: | C2200709 | ☒ Dwelling/Substitute | 2 |
| Notice Rec'd This Date: | 09/29/22 | ☐ Hotel, Boarding/Rooming House | 3 |
| | | ☐ Corporation/Association | 4 |
| I certify that I served a copy of : | | ☐ Official (State, County, City) | 5 |
| Original Notice | | ☐ Spouse away from residence | 6 |
| Iowa Judicial Branch | | ☐ Other | 7 |
| Petition at Law & Jury Demand | | ☐ Diligent Search | 8 |

**Served:** Type Code

PATRICK JOSEPH KOSAR by serving LACEY KOSAR - WIFE at 407 HEATHERWOOD CR, FAIRFIELD, IA, 52556 on 09/29/22 @ 08:11 PM (a person residing therein who was then at least 18 years old.)  —  2

**Fees:**

| | |
|---|---|
| Service | $30.00 |
| Mileage (in town) | $1.00 |
| Copies | $5.00 |
| TOTAL | $36.00 |

CASE NOTE: ATTORNEY: WILLIAM W GRAHAM

PAID  Date 10-5-22  CK# 41312

BART RICHMOND, Sheriff
JEFFERSON, County, Iowa

By _Tyler Rysdam_ 51-9   Deputy Sheriff / Official Title

Fees charged to/paid by Attorney/Party: % WILLIAM GRAHAM

Date: _____  Check #: _____

Printed Friday, September 30, 2022    Copy of Original Notice, if served, must be attached to this form.

**EXHIBIT A**

IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | |
|---|---|
| ELORA HANS-PRICE, | ) |
| | ) |
| Plaintiff, | ) Law No. LALA004533 |
| | ) |
| vs. | ) |
| | ) |
| AERON LIFESTYLE TECHNOLOGY, INC. | ) |
| AND PATRICK KOSAR, | ) ACCEPTANCE OF SERVICE |
| | ) |
| Defendants. | ) |

COMES NOW the undersigned, on behalf of the above-named Defendants, and hereby accepts service of the Petition on September 28, 2022, in the above-entitled cause of action.

LANE & WATERMAN LLP

By:  */s/ Maegan M. Gorham*
Abbey C. Furlong, AT0010610
Maegan M. Gorham, AT0013637
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone:  563-324-3246
Fax:  563-324-1616
Email:  afurlong@l-wlaw.com
Email:  mgorham@l-wlaw.com
**ATTORNEYS FOR DEFENDANTS AERON LIFESTYLE TECHNOLOGY, INC. AND PATRICK KOSAR**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Jefferson County Clerk of Court using the Iowa Courts E-Filing system which will provide notification of such filing to all counsel of record.

By:  *Maegan M. Gorham*

**EXHIBIT A**

IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | |
|---|---|
| ELORA HANS-PRICE, | ) |
| Plaintiff, | ) Law No. LALA004533 |
| vs. | ) |
| AERON LIFESTYLE TECHNOLOGY, INC. AND PATRICK KOSAR, | ) APPEARANCE |
| Defendants. | ) |

Abbey C. Furlong of Lane & Waterman LLP hereby enters her Appearance on behalf of Defendants Aeron Lifestyle Technology, Inc. and Patrick Kosar regarding the above-captioned matter.

LANE & WATERMAN LLP

By:  */s/ Abbey C. Furlong*
Abbey C. Furlong, AT0010610
Maegan M. Gorham, AT0013637
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone:  563-324-3246
Fax:  563-324-1616
Email:  afurlong@l-wlaw.com
Email:  mgorham@l-wlaw.com
**ATTORNEYS FOR DEFENDANTS AERON LIFESTYLE TECHNOLOGY, INC. AND PATRICK KOSAR**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Jefferson County Clerk of Court using the Iowa Courts E-Filing system which will provide notification of such filing to all counsel of record.

By:  *Abbey C. Furlong*

EXHIBIT A

IN THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY

| | |
|---|---|
| ELORA HANS-PRICE, | ) |
| Plaintiff, | ) Law No. LALA004533 |
| vs. | ) |
| AERON LIFESTYLE TECHNOLOGY, INC. AND PATRICK KOSAR, | ) APPEARANCE |
| Defendants. | ) |

Meagan M. Gorham of Lane & Waterman LLP hereby enters her Appearance on behalf of Defendants Aeron Lifestyle Technology, Inc. and Patrick Kosar regarding the above-captioned matter.

LANE & WATERMAN LLP

By:   /s/ Maegan M. Gorham
Abbey C. Furlong, AT0010610
Maegan M. Gorham, AT0013637
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone: 563-324-3246
Fax: 563-324-1616
Email: afurlong@l-wlaw.com
Email: mgorham@l-wlaw.com
**ATTORNEYS FOR DEFENDANTS AERON LIFESTYLE TECHNOLOGY, INC. AND PATRICK KOSAR**

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Jefferson County Clerk of Court using the Iowa Courts E-Filing system which will provide notification of such filing to all counsel of record.

By:   *Maegan M. Gorham*

**EXHIBIT A**